**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA SOBHY MIKHAEL ABDALLAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 8:26-cv-01276-FWS-E<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [15]**<br><br>Hon. Fred W. Slaughter |

///

///

///

1

Having reviewed and considered the Stipulation to Extend Time to Respond to Complaint [15] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The deadline for Defendants to answer or otherwise respond to the Plaintiffs' Complaint in the above-captioned case is **EXTENDED** to **September 28, 2026**.

**IT IS SO ORDERED**.

Dated:  July 22, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE